# UNITED STATES BANKRUPTCY COURT
## Western District of Louisiana
### Judge Robert Summerhays

## NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE, MEETING OF CREDITORS, & FIXING OF DATES

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 10/9/12 and was converted to a case under chapter 7 on 4/22/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or by logging on to PACER at https://ecf.lawb.uscourts.gov.
**NOTE:** The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
**See Explanations Page For Important Information**

**Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**

Richard Czuprynski  (*debtor has no known aliases*)
419 Laurel St.
Lake Charles, LA 70605

Janice F. Czuprynski  (*debtor has no known aliases*)
419 Laurel St.
Lake Charles, LA 70605

**Case Number:**
12−20941

**Social Security/Taxpayer ID Nos.:**
xxx−xx−1685
xxx−xx−6085

**Attorney for Debtor(s) (name and address):**
Elaina Bordelon
One Lakeshore Dr.
Capital One Tower, Suite 1600
Lake Charles, LA 70629
Telephone number: (337) 436−7222

**Acting United States Trustee:**
**Henry G. Hobbs, Jr.**
300 Fannin Street, Suite 3196
Shreveport LA 71101
Telephone Number: (318) 676−3456

**Interim Trustee Appointed by U.S. Trustee on: 10/9/12.**
Rudolph Odo Young
P. O. Box 3008
Lake Charles, LA 70602
Telephone number:
(337) 436−5842

## MEETING OF CREDITORS:

**Date: May 22, 2013　　　　　　Time: 09:30 AM**
**Location: Federal Court House, 1st Floor Courtroom, 611 Broad Street, Lake Charles, LA**

**NOTICE IS HEREBY GIVEN: Debtors attendance at the meeting of creditors IS MANDATORY. FAILURE OF THE DEBTOR TO ATTEND THE MEETING OF CREDITORS MAY RESULT IN THE DISMISSAL OF THE CASE. Cell phones and pagers are not allowed in the Courthouse. All debtors must provide ORIGINAL picture identification and ORIGINAL proof of social security number to the trustee at the meeting of creditors. FAILURE TO PROVIDE REQUESTED DOCUMENTATION MAY RESULT IN DISMISSAL OF YOUR CASE.**

## PRESUMPTION OF ABUSE UNDER 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on last page.*

The presumption of abuse does not arise.

## DISCHARGE AND REAFFIRMATION INFORMATION:

A discharge may be granted to individual debtor(s) unless a complaint to discharge is timely filed pursuant to 11 U.S.C. §523(a) or 11 U.S.C. §727. A discharge issuance date is scheduled in this case for **July 30, 2013**, although no hearing will be held. Mandatory review of reaffirmation(s) filed where debtor(s) counsel did not complete the certification and/or debtor(s) proceed *pro se* as to the reaffirmation shall be fixed for hearing by court order.

## DEADLINES:
### 11 U.S.C. §521 Compliance

Failure to file the document required by 11 U.S.C. §521(a) (1) within the time periods set forth therein (unless extended by Order of the Court), and to comply with any Deficiency Notice issued by the Clerk of the Bankruptcy court may result in the "automatic dismissal" of the case.

### Identification Requirements

Picture Identification, Social Security Card, and Declaration Regarding Electronic Filing must be filed within 48 Hours and the debtors must have Picture Identification to enter the Federal Courthouse.

### Deadline to File Certificate of Completion of Course in Personal Financial Management
#### (Official Form 23)

Debtor(s) must file Official Form 23 within 60 days after the first date set for the meeting of creditors under § 341 of the Code in a chapter 7 case. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently files a motion to reopen the case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

### Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts

The deadline for complaints or motions on discharge of the debtor or dischargeability of a debt is 60 days following the first date set for the meeting of creditors as set forth in Bankruptcy Rule 4004 and 4007, unless extended by court order. **NOTICE IS HEREBY GIVEN** that if Debtor(s) fail to attend the meeting of creditors at the first date set for such meeting that the Court SHALL, sua sponte, enter an Order which will extend the Rule 4004 and 4007 deadlines to 60 days following the date that the meeting of creditors is actually attended by the Debtor(s).

### Deadline to Object to Exemptions:

Thirty (30) days after the conclusion of the meeting of creditors or within 30 days of any amendment to the list or supplemental schedules.

Converted Cases: There is no new period to object to claimed exemptions if the case was previously pending under Chapter 7 and the time to object had expired; or if the case was converted from a Chapter 11, 12, or 13 more than one year after the entry of the first order confirming a plan under such chapters. (See Bankruptcy Rules 4003 and 1019)

### Filing Fees

Filing fees are due at commencement; however, if filing fees are allowed to be paid in installments, the final installment must be paid within 14 days of the final installment due date. Failure to pay filing fees in full will result in the case being dismissed without further notice.

## NOTICE:
### No Assets at this Time:
### UNSECURED CREDITORS NEED NOT FILE CLAIM UNLESS NOTIFIED TO DO SO.
### CREDITORS MAY NOT TAKE CERTAIN ACTIONS:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the last page of this notice.

| **Address of the Bankruptcy Clerk's Office:**<br>214 Jefferson Street, Suite 100<br>Lafayette LA 70501<br><br>Telephone number: (337) 262−6800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Edward A. Takara |
|---|---|
| Hours Open: Monday – Friday<br>8:00 AM – 5:00 PM | Date: 4/22/13 |

# EXPLANATIONS

| | |
|---|---|
| **Filing of Chapter 7 Bankruptcy Case** | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Debtor shall comply with obligation to file required documents under 1007(b)(3) unless timely extended. Failure to do so no later than 14 days from date case commenced and the case will be dismissed sua sponte. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| **Creditors Generally May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| **Presumption of Abuse** | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. Debtors attendance at the meeting of creditors is mandatory. Failure of the debtor to attend the meeting of creditors, and failure to comply with LOCAL RULE 2003–1 shall result in the ex parte dismissal of voluntary cases. Should the debtor fail to attend the originally scheduled meeting of creditors, and make a written request of the U.S. Trustee to reschedule, pursuant to LOCAL RULE 2003–1, and that written request be denied by the U.S. Trustee, then and in such event, the debtor shall file a contradictory motion, pursuant to Rule 9014, for the U.S. Trustee to show cause why the meeting of creditors should not be re–set. Failure to do so constitutes cause for dismissal. At the meeting, the creditors may elect a trustee as permitted by law, elect a committee of creditors, examine the debtor and transact such other business as may properly come before the meeting. |
| **Claims** | **NO ASSETS AT THIS TIME: UNSECURED CREDITORS NEED NOT FILE CLAIM UNLESS NOTIFIED TO DO SO.** If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br><br>*Do not include this notice with any filing you make with the court.* |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint ––or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9)–– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| **Statement of Intentions** | Pursuant to 11 U.S.C. §521(a)(2)(A), the debtor must file with the clerk of the bankruptcy court within 30 days of the filing of the petition, or on or before the meeting of creditors, aforesaid, whichever is earlier, the debtors statement of intentions regarding consumer debts secured by property of the estate. |
| **Exempt Property** | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or by logging on to PACER at https://ecf.lawb.uscourts.gov. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| **Foreign Creditors** | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |